UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 16-cv-62188

LUIS SIERRA,

    Plaintiff,

vs.

GOLDCO, LLC d/b/a BURGER
KING #6000, and ESA-CYPRESS, LLC,

    Defendants.
_____/

## STIPULATION OF DISMISSAL WITH PREJUDICE

Plaintiff, LUIS SIERRA, and Defendants, GOLDCO, LLC d/b/a BURGER KING #6000, and ESA-CYPRESS, LLC, by and through the undersigned counsel, and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby stipulate to the immediate dismissal of the above referenced action with prejudice, as the parties have amicably settled this matter.

AGREED and STIPULATED on this 31st day of October, 2016.

| | |
|---|---|
| */s/ Jessica L. Kerr*_____ | */s/ Abigail H. Kofman*_____ |
| Jessica L. Kerr, Esquire | Abigail H. Kofman, Esquire |
| Florida Bar No. 92810 | Florida Bar No. 17865 |
| */s/ Jaci R. Mattocks*_____ | **FISHER & PHILLIPS LLP** |
| Jaci R. Mattocks, Esquire | 450 East Las Olas Blvd., Suite 800 |
| Florida Bar No. 115765 | Fort Lauderdale, FL 33301 |
| **J & M ADVOCACY GROUP, LLC** | Telephone: (954) 525-4800 |
| 4651 Sheridan Street, Suite 301 | Email: akofman@fisherphillips.com |
| Hollywood, FL 33021 | *Counsel for Defendant* |
| Telephone: (954) 962-1166 | |
| Facsimile: (954) 962-1779 | |
| Email: service@jmadvocacygroup.com | |
| *Counsel for Plaintiff* | |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 31st day of October, 2016 a true and correct copy of the foregoing document is being filed with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on counsel of record in this action via transmission of Notices of Electronic Filing generated by CM/ECF.

Respectfully submitted,

**J & M Advocacy Group, LLC**
*Attorney for Plaintiff*
4651 Sheridan Street, Suite 301
Hollywood, FL 33021
Telephone: (954) 962-1166
Facsimile: (954) 962-1779
Email: service@jmadvocacygroup.com

By: */s/ Mark D. Cohen*_____
Mark D. Cohen, Esquire
Florida Bar No. 347345